# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 24-266-GW-MARx | Date | May 24, 2024 |
|---|---|---|---|
| Title | *Ricky Flores v. Debauchery LLC* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Derek Davis | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:     IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

On May 24, 2024, Plaintiff Ricky Flores  filed a Notice of Settlement. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 45 days. The Court sets an order to show re: settlement hearing for July 8, 2024  at 8:30 a.m. The hearing will be vacated provided a notice of dismissal is filed by noon on July 5, 2024.

                                                                    :

Initials of Preparer    DD